R. Euna Kim (SBN 222141)
Email: ekim@reedsmith.com
Craig N. Baumgartner (SBN 273752)
cbaumgartner@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone:     +1 415 543 8700
Facsimile:      +1 415 391 8269

Attorneys for Defendants
Mortgage Electronic Registrations Systems, Inc., and Bank of America, N.A., as successor by merger with BAC Home Loan Servicing, LP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANELL GOMES,<br><br>            Plaintiff,<br><br>vs.<br><br>MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC.; and BAC HOME LOANS SERVICING, LP,<br><br>            Defendants. | Case 2:11-CV-1790 KJM GGH PS<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR TELEPHONIC APPEARANCE AT HEARING ON MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date:              February 2, 2012<br>Time:             10:00 a.m.<br>Courtroom:    9<br><br>Compl. Filed:   July 7, 2011<br>FAC Filed         November 2, 2011<br><br>Magistrate Judge Gregory G. Hollows |

**ORDER**

On January 27, 2012, Defendants Mortgage Electronic Registration Systems, Inc. ("MERS") and Bank of America, N.A., as successor by merger with BAC Home Loans Servicing, LP ("BANA") (collectively "Defendants") requested to appear telephonically for the Hearing on the Motion to Dismiss Plaintiff's First Amended Complaint, which will take place on February 2, 2012 at 10:00 a.m. in Courtroom 9 of the above-entitled court before the Honorable Judge Gregory G. Hollows.

Good cause having been shown, the Court hereby grants Defendants' request to appear telephonically at the hearing on the Motion to Dismiss Plaintiff's First Amended Complaint. Defendants' counsel shall contact the undersigned's courtroom deputy clerk at (916) 930-4199 and provide a phone number (not a cellular or mobile telephone number) at which counsel can be reached at the time of the hearing.

**IT IS SO ORDERED.**

Dated: January 30, 2012         /s/ Gregory G. Hollows
                                 _____
                                 Honorable Judge Gregory G. Hollows
                                 United States Magistrate Judge