1  R. Euna Kim (SBN 222141)
   Email: ekim@reedsmith.com
2  Craig N. Baumgartner (SBN 273752)
   cbaumgartner@reedsmith.com
3  REED SMITH LLP
   101 Second Street, Suite 1800
4  San Francisco, CA 94105-3659
   Telephone:   +1 415 543 8700
5  Facsimile:   +1 415 391 8269

6  Attorneys for Defendants
   Mortgage Electronic Registrations Systems,
7  Inc., and Bank of America, N.A., as successor
   by merger with BAC Home Loan Servicing, LP
8

9              UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11 | JANELL GOMES, | Case 2:11-CV-1790 KJM GGH PS |
   |               |                              |
12 |       Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST FOR TELEPHONIC APPEARANCE AT HEARING ON MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |
13 | vs. | |
14 | MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC.; and BAC HOME LOANS SERVICING, LP, | |
15 | | |
16 | Defendants. | Date:        February 2, 2012
                    Time:        10:00 a.m.
                    Courtroom:   9

                    Compl. Filed:  July 7, 2011
                    FAC Filed      November 2, 2011

                    Magistrate Judge Gregory G. Hollows |

**ORDER**

On January 27, 2012, Defendants Mortgage Electronic Registration Systems, Inc. ("MERS") and Bank of America, N.A., as successor by merger with BAC Home Loans Servicing, LP ("BANA") (collectively "Defendants") requested to appear telephonically for the Hearing on the Motion to Dismiss Plaintiff's First Amended Complaint, which will take place on February 2, 2012 at 10:00 a.m. in Courtroom 9 of the above-entitled court before the Honorable Judge Gregory G. Hollows.

Good cause having been shown, the Court hereby grants Defendants' request to appear telephonically at the hearing on the Motion to Dismiss Plaintiff's First Amended Complaint. Defendants' counsel shall contact the undersigned's courtroom deputy clerk at (916) 930-4199 and provide a phone number (not a cellular or mobile telephone number) at which counsel can be reached at the time of the hearing.

**IT IS SO ORDERED.**

Dated: January 30, 2012      /s/ Gregory G. Hollows

Honorable Judge Gregory G. Hollows
United States Magistrate Judge