IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JANELL GOMES,

     Plaintiff,                              CIV. NO. S-11-1790 KJM GGH PS

     vs.

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC. et al.,

     Defendants.                          <u>ORDER</u>

-----/

        Presently pending before the court is defendants Mortgage Electronic Registrations Systems, Inc. ("MERS") and Bank of America, N.A., as successor by merger with BAC Home Loans Servicing, LP's ("BANA") motion to dismiss plaintiff's first amended complaint pursuant to Fed. R. Civ. P. 12(b)(6), scheduled for hearing on February 2, 2012 at 10:00 a.m. before the undersigned. (Dkt. No. 14.) Plaintiff filed an opposition and defendants filed a reply. (Dkt. Nos. 18, 19.) In her papers, plaintiff requested that the motion be determined without oral argument or that she be permitted to appear at the hearing via telephone. (Dkt. No. 18.)

        After reviewing the papers submitted, the court determines that oral argument would be of assistance to the court. The court also notes that plaintiff resides locally in Citrus

\\\\\

1

Heights, California.[1]  Therefore, plaintiff's request to appear via telephone will be denied, and plaintiff will be required to appear at the hearing in person.

Accordingly, IT IS ORDERED that plaintiff's request for defendants' motion to dismiss to be determined without oral argument or for a telephonic appearance at the hearing on the motion is DENIED.

DATED: January 30, 2012

　　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

GGH/wvr
Gomes.1790.mtd.pl.tel.wpd

---

[1] The court has granted defendants' request for telephonic hearing only because of the distance to the courthouse.